■ The People of the State of New York, Respondent, v Jackson Burnett, Appellant.—Judgment unanimously affirmed. Memorandum: Although defendant established a prima facie case of "purposeful discrimination", the prose-

cutor proffered reasonably specific race-neutral reasons for his use of peremptory challenges to exclude three black members of the jury panel *(Batson v Kentucky,* 476 US 79; *People v Scott,* 70 NY2d 420). We have reviewed defendant's remaining contentions and find them to be lacking in merit. (Appeal from judgment of Supreme Court, Monroe County, Mark, J.— robbery, first degree.) Present—Dillon, P. J., Doerr, Boomer, Balio and Davis, JJ.